AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

UNSEALED

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Francis BOUDREAU | )<br>)<br>)   Case No.<br>)         6:20-mj- 1752<br>)<br>)<br>) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 13, 2020_____ in the county of _____Orange_____ in the

_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Kaufman, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: _____10/20/2020_____

_____
*Judge's signature*

City and state: _____Orlando, Florida_____

DANIEL C. IRICK, U.S. Magistrate Judge
*Printed name and title*

SEALED

**STATE OF FLORIDA**                           **CASE NO. 6:20-mj- 1752**

**COUNTY OF ORANGE**

## AFFIDAVIT

I, Kevin Kaufman, being duly sworn, do hereby depose and state as follows:

1.    This affidavit is submitted in support of a criminal complaint against JONATHAN FRANCIS BOUDREAU, for violations of 18 U.S.C. § 2252A(a)(5)(B).  As set forth in more detail below, I believe there is probable cause that on or about August 13, 2020, in Orange County, Florida, BOUDREAU knowingly possessed materials that contained images of child pornography that had been shipped or transported using any means and facility of interstate or foreign commerce, or that had been shipped or transported in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2252A(a)(5)(B).

2.    I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 16 years.  I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3.    I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes.  I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography.  During the course of

my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A.

4. I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; information provided by other FBI Special Agents who participated in this investigation with me, and other law enforcement officers and agency personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

6. An FBI Online Covert Employee (OCE), operating under the umbrella of Operation Midnight Rider, was engaged in targeting KIK

application groups designed to openly trade Child Sexual Abuse Materials
(CSAM). During the course of this investigation, the OCE had frequent
conversations with an identified registered sex offender (Subject). Subject was
operating KIK groups and continuing to distribute CSAM while he was
awaiting trial in New York for CSAM distribution. In April of 2020, Subject
added the OCE to a specific KIK Group (the Group).

7.      The OCE discovered that the Group was very active and that its
purpose was for administrators and members to openly trade CSAM; primarily
depicting male children under the age of 12, engaged in sexual activity with adult
men. The OCE found the majority of the administrators and actively-posting
members were operating in coordination to maintain a platform to be able to
distribute and possess CSAM and that the non-posting members were acting in
conjunction with the distributors to supply sexually oriented narratives to the
CSAM that was being posted. On June 9th, 2020, Subject de-activated the
Group.

8.      Through the course of the investigation, it was determined that
Subject, along with numerous group administrators, were found to be
maintaining a platform to trade CSAM and acting in adherence to a set of
agreements that they created (i.e. all members were required to post CSAM
and/or engage in sexually explicit chat frequently or these members would be
removed from the group). Additionally, the private group had a strict entry

3

requirement in which all new members were required to post CSAM to the Group in order to become a trusted member. As a result of the OCE's networking in similar groups, the OCE was able to get around this requirement and eventually gained administrator status in the Group.

     9.    Due to the design of the Group, the quantity of CSAM being posted, and evidence of an apparent stated set of agreements found within, a spin-off of Operation Midnight Rider was created solely to target the Group, entitled Operation The Upside Down.

     10.    From on or about April 2020 to June 9, 2020, a total of 37 members were found to be most active and consistent within the Group, thus becoming the main subjects of Operation The Upside Down. Currently, 18 active members (including four registered sex offenders) of the Group have been identified by the OCE and leads were sent to the respective Divisions for action.

     11.    On August 28, 2020, a lead was sent to the Tampa Division, Orlando Resident Agency in reference to a male identified as JONATHAN FRANCIS BOUDREAU. The lead stated that KIK Display Name Jay B, User Name hellothere200557, transported the following CSAM into the Group on or about the following dates:

Between April 16 to June 9, 2020:

- 2 Mega Links- One of which included a file entitled BV, which was 898.56 mb with 117 CSAM files and the other entitled b, which was 61.65 mb in size and included 26 CSAM files

Between May 11 to May 12, 2020:

- 1 Video of a male under 12 nude and masturbating

Between May 27 to May 29, 2020:

- 1 Video of two males under 12 engaged in oral sex

Between May 29 to May 31, 2020:

- 1 Video of a male under 10 masturbating

Between June 2 to June 3, 2020:

- 1 Video of 3 males under 12 nude and masturbating one another
- 1 Video of a male under 15 masturbating

Between June 3 to June 4, 2020:

- 1 Spycam video of an adult male engaged in anal sex with a male under 14

12.    Between on or about April 2020 and June 9, 2020, the user, believed to be BOUDREAU, was found to frequently comment in a positive manner on CSAM that was shared by other members. Specifically, in response to CSAM images and videos this user stated, "Nice breakfast videos," "little fag slut boy," "little hands are good for that," and "wow." Further, in response to a video of two young males engaged in anal sex he stated, "yeah they are both hitting puberty hard...little fluffs is pubes."

5

13.    A KIK Subpoena return disclosed that this user registered for this username on January 30, 2020 utilizing an I-Phone and email address charloeboudreau4625@gmail.com, and primarily utilized Century Link (Leesburg, Florida) to access KIK. A subpoena return from Century Link revealed the following subscriber to the two primary residential IP's discovered on the KIK return:

> F.H.J BOUDREAU
> XXXX Chandler Road Apopka, Florida 32712
> Telephone Number: xxx-xxx-5086
> DOB XX/XX/1959

14.    Open source inquiries into that address identified JONATHAN BOUDREAU as residing at the residence with his parents. BOUDREAU is a registered sex offender who was convicted of possession of material depicting sexual performance by a child in violation of Florida Statute 825.071(5) in Orange County, Florida, in 2010. On August 11, 2020, the FBI conducted a drive-by of the residence and observed BOUDREAU'S Florida-registered vehicle parked in front of the residence.

## SEARCH WARRANT AND INTERVIEW

15.    Based on this information, on August 12, 2020, I obtained a federal search warrant to search the residence located at XXXX Chandler Road, Apopka, Florida 32712. On August 13, 2020, the FBI executed the search warrant. Orange County Sheriff's Deputies, SA Hyre, and I contacted

6

BOUDREAU as he answered the door to the residence. I asked BOUDREAU to step out of his residence so we could speak with him.

16.     BOUDREAU exited his residence and an interview occurred.  Prior to the interview, BOUDREAU was advised he was not under arrest and that he did not have to answer any of my questions.  BOUDREAU was asked what devices he possessed that connected to the internet.  BOUDREAU responded that he had a desktop computer and iPhone 11 in his bedroom.  I asked BOUDREAU for the password to his cellular telephone and BOUDREAU requested a lawyer.  At that point the interview was terminated.

17.     Approximately 15 minutes later, BOUDREAU requested to speak with SA Hyre and myself.  BOUDREAU was again advised he was not under arrest and was asked if he was reengaging with us in order to be interviewed. BOUDREAU responded "yes" and asked if the investigators had to take all the electronic devices inside the residence to include BOUDREAU's parents' desktop computer.  I asked BOUDREAU what his telephone number was, and BOUDREAU responded XXX-XXX-6227.  I again asked BOUDREAU for the password to his cellular telephone and BOUDREAU requested a lawyer.

18.     I went back into the residence and called the telephone number BOUDREAU provided me.  I located the iPhone 11 in BOUDREAU'S mother's bedroom inside the residence.  I spoke to BOUDREAU'S mother and asked if the iPhone 11 belonged to her.  BOUDREAU's mother stated that it belonged to

BOUDREAU and that BOUDREAU had brought the iPhone to her that

morning, as law enforcement knocked on the door.

## FORENSIC REVIEW

19.    The evidence seized, including the iPhone 11 and an older cellular

telephone belonging to BOUDREAU, was taken to the FBI and the Seminole

County Sheriff's Office (SCSO) for forensic review.  Based on BOUDREAU's

lack of cooperation in providing the passcode to his devices, the devices had to be

unlocked.  On September 22, 2020, I received a call from the SCSO notifying me

that two of BOUDREAU'S cellular telephones were successfully unlocked and

contained CSAM.

20.    On October 1, 2020, I obtained the forensic reports on the two

cellular telephones that SCSO conducted forensics on.  Below are two videos of

CSAM that I located on BOUDREAU's iPhone 11:

- o Video 1:
  - Title:  IMG_0476.mp4
  - Description:  The video is approximately 32 seconds in length.  The video features a naked adult male and a naked male child approximately 6 years old in a bathroom.  The adult male performs oral sex on the child and then directs the child to perform oral sex on him.

- o Video 2:
  - Title:  IMG_0502.mp4
  - Description:  The video is approximately 32 seconds in length.  The video features an adult male and a male child approximately 5-6 years old.  The adult male forces the child to perform oral sex on him until the adult male ejaculates in the child's mouth.

## CONCLUSION

21.    Based on the above, there is probable cause that on or about August

13, 2020, in Orange County, in the Middle District of Florida, BOUDREAU

knowingly possessed materials containing child pornography, in violation of 18

U.S.C. § 2252A(a)(5)(B).

Kevin Kaufman
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate by telephone consistent with
Fed. R. Crim. P. 4.1 and 4(d) before me
this __20__ day of October 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

9